IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

 Plaintiff,

v.

EARNEST STANFIELD,

Defendant.                                                    No. 06-CR-30078-DRH

ORDER

**HERNDON, District Judge:**

Before the Court are Defendants' motions to continue the trial setting in this case. (Docs. 23, 25.) The Court, being fully advised in the premises, finds that trial should be postponed as to both Defendants. The Court additionally finds that, pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of a continuance outweigh the interests of the public and Defendants in a speedy trial. Therefore, the Court **GRANTS** Defendants' motions to continue. (Docs. 23, 25.) The Court **CONTINUES** Defendants' trial to Tuesday, September 18, 2006 at 9:00 a.m. The time from the date Defendants' motion was filed, July 14, 2006, until

the date on which the trial is rescheduled, September 18, 2006, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 14th day of July, 2006.

<u>/s/         David   RHerndon</u>
**United States District Judge**